**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: COINBASE DATA BREACH LITIGATION | MDL No. _____ |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion to Transfer, Memorandum in Support of Centralization and Transfer, Schedule of Actions, and Certificate of Service was served on all parties in the following cases electronically via ECF, or as indicated In **Exhibit A**.

Dated: May 19, 2025

/s/ Tina Wolfson
Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
Theodore W. Maya (SBN 223242)
Bradley K. King (SBN 274399)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Fax: (310) 474-8585
*twolfson@ahdootwolfson.com*
*rahdoot@ahdootwolfson.com*
*tmaya@ahdootwolfson.com*
*bking@ahdootwolfson.com*

Gary M. Klinger
**MILBER COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Counsel for Plaintiff Allen Shakib*

## EXHIBIT A

**1. *Ortiz v. Coinbase, Inc.*, Case No. 3:25-cv-04235 (N.D. Cal.)**

| *Via Electronic Mail* | *Via First-Class Mail* |
|---|---|
| **Counsel for Plaintiff Rosemary Ortiz**<br><br>**IJH LAW**<br>Ignacio J. Hiraldo (State Bar No. 354826)<br>1100 Town & Country Road Suite 1250<br>Orange, CA 92868<br>E: ijhiraldo@ijhlaw.com<br>T: 657.200.1403 | **Defendant**<br><br>Coinbase, Inc.<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

**2. *Squeo et al v. Coinbase Global, Inc. et al*, Case No. 3:25-cv-04254 (N.D. Cal.)**

| *Via Electronic Mail* | *Via First-Class Mail* |
|---|---|
| **Counsel for Plaintiffs Andrew Squeo and Alexander Mirvis**<br><br>**FRANCIS MAILMAN SOUMILAS, PC**<br>Erika Angelos Heath (SBN 304683)<br>351 California Street, Suite 700<br>San Francisco, CA 94104<br>T: (628) 246-1352<br>F: (215) 940-8000<br>eheath@consumerlawfirm.com<br><br>**LAUKAITIS LAW LLC**<br>Kevin Laukaitis<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>T: (215) 789-4462<br>klaukaitis@laukaitislaw.com | **Defendants**<br><br>Coinbase Global, Inc.<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883<br><br>Coinbase, Inc.<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

### 3. *Neu et al v. Coinbase Global, Inc. et al*, Case No. 3:25-cv-04243 (N.D. Cal.)

| *Via Electronic Mail* | *Via First-Class Mail* |
|---|---|
| **Counsel for Plaintiffs Benjamin Neu and John Keefe**<br><br>Matthew J. Langley<br>(California Bar No. 342846)<br>**ALMEIDA LAW GROUP LLC**<br>849 W. Webster Avenue<br>Chicago, IL 60614<br>T: (312) 576-3024<br>E: matt@almeidalawgroup.com | **Defendants**<br><br>**Coinbase Global, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883<br><br>**Coinbase, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

### 4. *Shakib v. Coinbase Global, Inc., et al*, Case No. 3:25-cv-04207 (N.D. Cal.)

| *Via Electronic Mail* | *Via First-Class Mail* |
|---|---|
| **Counsel for Plaintiff Allen Shakib**<br><br>Tina Wolfson (SBN 174806)<br>Robert Ahdoot (SBN 172098)<br>Theodore W. Maya (SBN 223242)<br>Bradley K. King (SBN 274399)<br>**AHDOOT & WOLFSON, PC**<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: (310) 474-9111<br>Fax: (310) 474-8585<br>twolfson@ahdootwolfson.com<br>rahdoot@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br>bking@ahdootwolfson.com<br><br>Gary M. Klinger (pro hac vice to be filed)<br>**MILBER COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (866) 252-0878<br>gklinger@milberg.com | **Defendants**<br><br>**Coinbase Global, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883<br><br>**Coinbase, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

5. *Belian v. Coinbase Global, Inc., et al.*, Case No. 3:25-cv-04171 (N.D. Cal.)

| <u>Via Electronic Mail</u><br><br>**Counsel for Plaintiff Gerard Belian**<br><br>Anderson Berry, Esq. (SBN 262879)<br>Gregory Haroutunian, Esq. (SBN 330263)<br>Brandon P. Jack (SBN 325584)<br>**CLAYEO C. ARNOLD**<br>**A PROFESSIONAL CORPORATION**<br>12100 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90025<br>Tel: (916) 239-4778<br>Facsimile: (916) 924-1829<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com<br><br>Daniel Srourian, Esq. (SBN 285678)<br>**SROURIAN LAW FIRM, P.C.**<br>468 N. Camden Drive, Suite 200<br>Beverly Hills, CA 90210<br>Telephone: (213) 474-3800<br>Fax: (213) 471-4160<br>daniel@slfla.com | <u>Via First-Class Mail</u><br><br>**Defendants**<br><br>**Coinbase Global, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883<br><br>**Coinbase, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

6. *Eisenberg v. Coinbase Global, Inc. et al*, Case No. 2:25-cv-04460 (C.D. Cal.)

| *Via Electronic Mail* | *Via First-Class Mail* |
| --- | --- |
| **Counsel for Plaintiff Michael Eisenberg** | **Defendants** |
| Anderson Berry, Esq. (SBN 262879)<br>Gregory Haroutunian, Esq. (SBN 330263)<br>Brandon P. Jack (SBN 325584)<br>**CLAYEO C. ARNOLD**<br>**A PROFESSIONAL CORPORATION**<br>12100 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90025<br>Tel: (916) 239-4778<br>Facsimile: (916) 924-1829<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com<br><br>Timothy W. Emery<br>Patrick B. Reddy<br>Paul Cipriani<br>Brook Garberding<br>**EMERY REDDY, PLLC**<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Telephone: (206) 442-9106<br>Facsimile: (206) 442-9711<br>emeryt@emeryreddy.com<br>reddyp@emeryreddy.com<br>paul@emeryreddy.com<br>brook@emeryreddy.com | **Coinbase Global, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883<br><br>**Coinbase, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

7. *Quito v. Coinbase Global, Inc. et al*, Case No. 2:25-cv-00940 (W.D. Wash)

| *Via Electronic Mail* | *Via First-Class Mail* |
|---|---|
| **Counsel for Plaintiff Anthony Quito** | **Defendants** |
| Timothy W. Emery, WSBA No. 34078<br>Patrick B. Reddy, WSBA No. 34092<br>Paul Cipriani, WSBA No. 59991<br>Brook E. Garberding, WSBA No. 37140<br>**Emery Reddy, PLLC**<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: emeryt@emeryreddy.com<br>Email: reddyp@emeryreddy.com<br>Email: paul@emeryreddy.com<br>Email: brook@emeryreddy.com<br><br>M. Anderson Berry, WSBA No. 63160<br>Gregory Haroutunian<br>Brandon P. Jack<br>**CLAYEO C. ARNOLD**<br>**A PROFESSIONAL CORPORATION**<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Phone: (916) 239-4778<br>Fax: (916) 924-1829<br>Email: aberry@justice4you.com<br>Email: gharoutunian@justice4you.com<br>Email: bjack@justice4you.com | **Coinbase Global, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883<br><br>**Coinbase, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

### 8. *Scheuber v. Coinbase Inc., et al*, Case No. 1:25-cv-04151 (S.D.N.Y.)

| *Via Electronic Mail* | *Via First-Class Mail* |
|---|---|
| **Counsel for Plaintiff Timothy Scheuber**<br><br>**SCOTT+SCOTT**<br>**ATTORNEYS AT LAW LLP**<br>Joseph P. Guglielmo (JG-2447)<br>The Helmsley Building<br>230 Park Avenue<br>24th Floor<br>New York, NY 10169<br>Tel.: 212-223-6444<br>Fax: 212-223-6334<br>jguglielmo@scott-scott.com<br><br>John T. Jasnoch<br>600 W. Broadway<br>Suite 3300<br>San Diego, CA 92101<br>Tel.: 619-233-4565<br>Fax: 619-233-0508<br>jjasnoch@scott-scott.com | **Defendants**<br><br>**Coinbase Global, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883<br><br>**Coinbase, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

### 9. *Bender v. Coinbase Global, Inc. et al*, Case No. 1:25-cv-04148 (S.D.N.Y.)

| *Via Electronic Mail* | *Via First-Class Mail* |
|---|---|
| **Counsel for Plaintiff Paul Bender**<br><br>**KANTROWITZ, GOLDHAMER**<br>**& GRAIFMAN, P.C.**<br>Melissa R. Emert<br>Gary S. Graifman<br>135 Chestnut Ridge Road<br>Suite 200<br>Montvale, NJ 07645<br>Telephone : 201-391-7000<br>Facsimile : 201-307-1086<br>memert@kgglaw.com<br>ggraifman@kgglaw.com | **Defendants**<br><br>**Coinbase Global, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883<br><br>**Coinbase, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

### 10. McAfee v. Coinbase, Inc. et al, Case No. 1:25-cv-04137 (S.D.N.Y.)

| *Via Electronic Mail* | *Via First-Class Mail* |
|---|---|
| **Counsel for Plaintiff Adam McAfee**<br><br>**LYNCH CARPENTER, LLP**<br>Gary F. Lynch (NY 5553854)<br>gary@lcllp.com<br>Nicholas A. Colella<br>nickc@lcllp.com<br>1133 Penn Ave., 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 322-9243<br>Facsimile: (412) 231-0246 | **Defendants**<br><br>**Coinbase Global, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883<br><br>**Coinbase, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

### 11. Panthaki et al v. Coinbase Global, Inc. et al, Case No. 1:25-cv-04094 (S.D.N.Y.)

| *Via Electronic Mail* | *Via First-Class Mail* |
|---|---|
| **Counsel for Plaintiffs Zaal Panthaki and Alexander Crous**<br><br>Israel David<br>israel.david@davidllc.com<br>Adam. M. Harris<br>adam.harris@davidllc.com<br>**ISRAEL DAVID LLC**<br>60 Broad Street, Suite 2900<br>New York, New York 10004<br>Telephone: (212) 350-8850 | **Defendants**<br><br>**Coinbase Global, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883<br><br>**Coinbase, Inc.**<br>Corporation Service Company<br>c/o Koy Saechao<br>2710 Gateway Oaks Drive,<br>Sacramento, CA 95883 |

| U.S. District Courts ||
|---|---|
| **_Via First-Class Mail_**<br><br>United States District Court<br>Northern District of California<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | **_Via First-Class Mail_**<br><br>United States District Court<br>Northern District of California<br>Robert V. Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 |
| **_Via First-Class Mail_**<br><br>United States District Court<br>Northern District of California<br>Robert F. Peckham Federal Building<br>280 South 1st Street, Room 2112<br>San Jose, CA 95113 | **_Via First-Class Mail_**<br><br>United States District Court<br>Central District of California<br>Ronald Reagan Federal Building<br>and U.S. Courthouse<br>411 West 4th Street, Room 1053<br>Santa Ana, CA 92701-4516 |
| **_Via First-Class Mail_**<br><br>United States District Court<br>Central District of California<br>First Street Courthouse<br>350 W. 1st Street<br>Los Angeles, CA 90012 | **_Via First-Class Mail_**<br><br>United States District Court<br>Southern District of New York<br>Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007-1312 |
| **_Via First-Class Mail_**<br><br>United States District Court<br>Western District of Washington<br>700 Stewart Street, Suite 9000<br>Seattle, WA 98101-4438 | |