BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE COINBASE CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3153 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on June 10, 2025, a copy of the foregoing Notice of Appearance was served upon counsel of record in this case via the U.S. Judicial Panel on Multidistrict Litigation CM/ECF System.

Dated: June 10, 2025

/s/Lynda J. Grant

**TheGrantLawFirm, PLLC**
521 Fifth Ave., 17th Floor
New York, NY 10175
Tel: 212-292-4441
Fax: 212-292-4442
Lgrant@grantfirm.com

*Attorneys for Plaintiff John Ramo*